# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANADARKO PETROLEUM CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2849 |
| | § | |
| BILLY DON DAVIS and GEO | § | |
| SOUTHERN ENERGY CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEDIATION ORDER

The court has determined that this case is appropriate for referral to mediation under Local Rule 16 and refers the case to a mediator to be chosen by the parties. Mediation is a mandatory but nonbinding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within 10 business days from the date of this order, all counsel must contact the mediator to arrange the details of mediation. If the parties and mediator cannot agree on a date, the mediator will select a date, and the parties must appear as directed by the mediator. Mediation must occur no later than **October 12, 2007**.

All proceedings in a mediation session are confidential and privileged from discovery. No subpoena, summons, or discovery paper may be served at or near the location of any mediation session, on any person entering, leaving, or attending any mediation session.

Counsel and the parties are to endeavor in good faith to resolve the case through mediation.  Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented by a principal, partner, officer, or other representative with full authority to negotiate and make decisions on settlement.

The mediator and the parties will determine the fee for the mediation.  The fee is to be divided equally by the parties unless otherwise agreed or ordered. Within 10 days after the mediation, the mediator must file with the Clerk the memorandum required by Local Rule 16.4.K.  No information about the mediation, other than that required by Local Rule 16, may be given to the court by anyone.

SIGNED on August 27, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge